(No. 75-CC-600—

Howard Thomas d/b/a Howard Thomas Gravel Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed February 13, 1975.*

Howard Thomas d/b/a Howard Thomas Gravel Co., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

PER CURIAM.